UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br>    Ronald Givens<br>    Michelle D Robinson-Givens<br>        Debtor(s) | Case No. 12 B 11036 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/20/2012.

2) The plan was confirmed on 07/31/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 07/31/2012.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/01/2013.

5) The case was Dismissed on 02/18/2014.

6) Number of months from filing to last payment: 22.

7) Number of months case was pending: 25.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,805.50 |
| Less amount refunded to debtor | $630.00 |

**NET RECEIPTS:** $10,175.50

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,007.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $381.33 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $2,388.33

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Access Community Health Network | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| Allstate Insurance Company | Unsecured | 1,087.19 | NA | NA | 0.00 | 0.00 |
| Allstate Insurance Company | Unsecured | 663.02 | NA | NA | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 1,417.45 | 1,568.83 | 1,568.83 | 0.00 | 0.00 |
| American InfoSource LP as agent for | Unsecured | 253.00 | 252.63 | 252.63 | 0.00 | 0.00 |
| Aspire Visa | Unsecured | 1,281.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 176.00 | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| Bank One | Unsecured | 898.42 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 4,140.76 | 5,146.91 | 5,146.91 | 0.00 | 0.00 |
| Blatt Hasenmiller Leibsker & Moore LLC | Unsecured | 1,289.03 | NA | NA | 0.00 | 0.00 |
| Blue Island Radiology Consult | Unsecured | 8.00 | NA | NA | 0.00 | 0.00 |
| Capital One | Unsecured | 1,826.00 | 1,914.64 | 1,914.64 | 0.00 | 0.00 |
| Capital One | Unsecured | 1,791.37 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 1,167.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,333.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,625.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 1,739.00 | NA | NA | 0.00 | 0.00 |
| Chela Financial Inc | Unsecured | 2,210.00 | NA | NA | 0.00 | 0.00 |
| City Of Hometown | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 637.44 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 169.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 445.27 | NA | NA | 0.00 | 0.00 |
| Direct Brands | Unsecured | 228.06 | NA | NA | 0.00 | 0.00 |
| Educational Computer Systems | Unsecured | 6,082.36 | 6,000.00 | 6,000.00 | 0.00 | 0.00 |
| Emergency Care Physician | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| Fingerhut | Unsecured | 584.56 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 2,632.43 | NA | NA | 0.00 | 0.00 |
| GE Money Bank | Unsecured | 804.35 | NA | NA | 0.00 | 0.00 |
| Governors State University | Unsecured | 6,000.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Gregory Emergency Physicians | Unsecured | 116.00 | NA | NA | 0.00 | 0.00 |
| Harvest Credit Management LLC | Unsecured | 16,869.00 | 26,122.29 | 26,122.29 | 0.00 | 0.00 |
| Heart Care Centers Of Illinois | Unsecured | 97.32 | NA | NA | 0.00 | 0.00 |
| Household Bank (SB) N A | Unsecured | 691.15 | NA | NA | 0.00 | 0.00 |
| Jefferson Capital Systems LLC | Unsecured | 147.00 | 147.63 | 147.63 | 0.00 | 0.00 |
| MedPlus SC | Unsecured | 180.00 | NA | NA | 0.00 | 0.00 |
| MedPlus SC | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| Metrosouth Medical Center | Unsecured | 234.40 | NA | NA | 0.00 | 0.00 |
| Metrosouth Medical Center | Unsecured | 851.60 | NA | NA | 0.00 | 0.00 |
| Metrosouth Medical Center | Unsecured | 336.60 | NA | NA | 0.00 | 0.00 |
| Midland Funding | Unsecured | 1,242.78 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 2,111.33 | 2,161.01 | 2,161.01 | 0.00 | 0.00 |
| Palisades Collection LLC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Photo Enforcement Program | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Portfolio Recovery Associates | Unsecured | NA | 24,986.24 | 24,986.24 | 0.00 | 0.00 |
| Pronger Smith Clinic | Unsecured | 107.02 | 107.02 | 107.02 | 0.00 | 0.00 |
| Pulmonary Consultants | Unsecured | 137.51 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 557.68 | 422.07 | 422.07 | 0.00 | 0.00 |
| Quantum3 Group | Unsecured | 1,113.89 | 1,726.97 | 1,726.97 | 0.00 | 0.00 |
| Receivables Management Inc | Unsecured | 250.00 | 2,650.00 | 2,650.00 | 0.00 | 0.00 |
| RJM Acquisitions LLC | Unsecured | NA | 31.67 | 31.67 | 0.00 | 0.00 |
| Roy Lacey | Unsecured | 56.49 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,809.00 | 1,818.92 | 1,818.92 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 5,066.00 | 4,149.90 | 4,149.90 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,294.00 | 3,339.42 | 3,339.42 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,500.00 | 5,136.52 | 5,136.52 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 3,206.00 | 11,375.00 | 11,375.00 | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 1,750.00 | 3,247.60 | 3,247.60 | 0.00 | 0.00 |
| SBC | Unsecured | 116.26 | NA | NA | 0.00 | 0.00 |
| Sleep Diagnostics | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| Sleep Diagnostics | Unsecured | 446.00 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 239.78 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 173.80 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 137.50 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 173.80 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 135.30 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 999.12 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| St Francis Hospital And Health Center | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| T Mobile USA | Unsecured | 520.08 | NA | NA | 0.00 | 0.00 |
| Therapy Providers | Unsecured | 325.60 | NA | NA | 0.00 | 0.00 |
| TruGreen Chemlawn | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Unimed | Unsecured | 95.00 | NA | NA | 0.00 | 0.00 |
| United Credit Recovery | Unsecured | 740.94 | 740.94 | 740.94 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 76,956.78 | 105,697.95 | 105,697.95 | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 40,100.00 | 68,917.91 | 68,917.91 | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 201.74 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Village of Riverdale | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| Washington Mutual Bank | Unsecured | 664.76 | NA | NA | 0.00 | 0.00 |
| Well Group Health Partners | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 72,776.25 | 38,243.69 | 38,243.69 | 0.00 | 0.00 |
| Wells Fargo Bank NA | Secured | 72,776.25 | 22,541.35 | 22,891.35 | 7,787.17 | 0.00 |
| Wells Fargo Bank NA | Secured | 0.00 | 375.00 | 375.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $38,243.69 | $0.00 | $0.00 |
| Mortgage Arrearage | $23,266.35 | $7,787.17 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$61,510.04** | **$7,787.17** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$277,662.07** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $2,388.33 |
| Disbursements to Creditors | $7,787.17 |
| **TOTAL DISBURSEMENTS** : | **$10,175.50** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/18/2014          By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**